UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANYA McNEELY,

        Plaintiff,

                                        Case Number 12-12608
v.                                                    Honorable David M. Lawson

KROGERS,

        Defendant.

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

The matter is before the Court on the plaintiff's motion for appointment of counsel. "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege not a right.'" *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *U.S. v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)). The plaintiff has failed to present convincing reasons as to why this Court should exercise its discretionary power at this time.

Accordingly, it is **ORDERED** that the plaintiff's application for appointment of counsel [dkt #3] is **DENIED**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: June 25, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 25, 2012

                                  s/Deborah R. Tofil
                                  DEBORAH R. TOFIL